UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
-------------------------------------------------------------------X

IN RE:

APPLICATION OF IOV LABS LIMITED
FOR AN ORDER UNDER 28 U.S.C. §1782
TO TAKE DISCOVERY FROM MARK LEVIN

-------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**
Case No. 1:22mc20206

STATE OF FLORIDA      )
                      ) ss.:
COUNTY OF Broward     )

    John Brady, being duly sworn, deposes and says that Deponent is not a party to this action, is over 18 years of age, and is a resident of the State of Florida.

    On January 18, 2022, at approximately 2:20 p.m., at The Hyatt Regency Miami, Lobby, located at 400 S, SE 2nd Ave, Miami, FL 33131, Deponent served the within Application For an Order To Take Discovery Under 28 U.S.C. §1782 and Incorporated Memorandum of Law with: Exhibit A – Declaration in Support of the Application with Exhibit 1 (February Letter of Claim), Exhibit 2 (March Letter from Megalodon), Exhibit 3 (April Letter from Megalodon), and Exhibit 4 (September Notice of Claim from DLA).; Exhibit B – Document and Testimony Subpoena and Civil Cover Sheet upon: **Mark Levin** by personally delivering to and leaving with Mark Levin, a true and correct copy of said documents.

    I knew the person so served to be the person described in the aforementioned Application as Mark Levin. I identified Mark Levin from photographs provided by the Kobre & Kim LLP, Attorneys for Applicant IOV Labs Limited. Said pictures are attached hereto.

    Mark Levin is described as a White male, in his 30s, 170 lbs., 6' tall, with black hair and wore glasses.

_____
John Brady

Sworn to before me this
20 day of January 2022

_____
Notary Public

EVA WUNAR
Notary Public - State of Florida
Commission # HH 42677
My Comm. Expires Sep 26, 2024
Bonded through National Notary Assn.

<mark>Case</mark> <mark>1:22-mc-20206-RKA   Document 3   Entered on FLSD Docket 01/20/2022   Page 2 of</mark>



