UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mc-20762-ALTMAN/Reid

In re: APPLICATION OF IOV
LABS LIMITED FOR AN ORDER
UNDER 28 U.S.C. § 1782
TO TAKE DISCOVERY FROM
MARK LEVIN
_____/

## ORDER

The Plaintiff filed an Application for an Order to Take Discovery Under 28 U.S.C. § 1782 [ECF No. 1], seeking discovery from Mark Levin. Accordingly, the Court hereby **REFERS** this case to United States Magistrate Judge Lisette M. Reid for a ruling on all pre-trial, non-dispositive matters, and for a Report and Recommendation on all dispositive matters.

This case shall proceed on the Court's inactive docket. The Clerk of Court shall, therefore, administratively **CLOSE** this case. Either side may move to reopen the case at any time.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 4th day of April 2022.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc:   counsel of record