UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF IOV LABS LIMITED FOR AN ORDER UNDER 28 U.S.C. § 1782 TO TAKE DISCOVERY FROM MARK LEVIN | Case No. 1:22-mc-20206 (RKA) (LMR) |

**NOTICE OF NINETY DAYS EXPIRING**

Under General Local Rule 7.1(b)(4), Applicant IOV Labs Limited ("IOV Labs") submits this Notice of Ninety Days Expiring as to Applicant IOV Labs' Application for an Order to Take Discovery Under 28 U.S.C. § 1782 (the "Application," Dkt. No. 1).

The Application, together with all supporting papers, was filed on January 17, 2022, and personally served on Mark Levin on January 18, 2022. Under Local Rule 7.1(c), any memorandum in opposition to the Application was due on February 1, 2022. Although the Application is unopposed, IOV Labs directs the Court's attention to Levin's correspondence filed March 30, 2022 (Dkt. No. 4), which appears to set forth (at 2–5) certain objections to the Subpoenas submitted with the Application (*see* Dkt. No. 1-2). No other papers were filed in connection with the Application, and no hearing has been held.

In light of the foregoing, IOV Labs respectfully submits that the Application is ripe for decision and, for the reasons set forth in the Application and accompanying Memorandum of Law, should be granted. In the alternative, IOV Labs respectfully requests that the Court set a hearing on the Application. A hearing would allow the Court to direct to IOV Labs' counsel any questions it may have about the Application, which the Court may find helpful in the absence of any

opposition briefing on the Application. IOV Labs estimates that such a hearing would require 30 minutes of argument.

In addition, Applicant IOV Labs respectfully requests permission to serve Mark Levin with (1) this Notice of Ninety Days Expiring and (2) any order the Court may enter granting the application or setting a hearing through the following means:

(1) by conventional mailing to

> Mark Levin
> Magalhaensplein 27-2
> 1057 VE Amsterdam
> The Netherlands

which is listed as the return address on Levin's correspondence filed March 30, 2022 (Dkt. No. 4); and

(2) by e-mail to mlevinams@gmail.com (*see* Dkt. No. 4 at 2).

Dated: Miami, Florida
May 6, 2022

Respectfully submitted,

/s/ Adriana Riviere-Badell
Adriana Riviere-Badell (Florida Bar No. 30572)
adriana.riviere-badell@kobrekim.com

KOBRE & KIM LLP
201 S Biscayne Blvd, Suite 1900
Miami, Florida 33131
305-967-6117

*Attorneys for Applicant IOV Labs Limited*